[D.I. 282]
[D.I. 283]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, et al.,<br><br>Defendants. | Civil No. 19-21607 (ESK/AMD) |

**ORDER**

This matter having come before the Court by way of motion [D.I. 283] for sanctions filed by Defendants Abbott Laboratories, Abbott Diabetes Care, Inc., and Abbott Diabetes Care Sales Corp. (collectively, "Defendants"), by which Defendants seek to dismiss certain claims brought by Plaintiffs, MSP Recovery Claims, Series LLC and MSPA Claims 1, LLC (collectively, "Plaintiffs"), and by way of Plaintiffs' letter request [D.I. 282] seeking an extension of time to complete substantial production of electronically stored information; and the Court having received a letter from Robert E. Day, Esquire, counsel for Defendants, dated June 30, 2025 advising that the parties "have reached an agreement in principle to resolve Plaintiffs' claims against the Abbott

Defendants" and that the parties are "in the process of finalizing the settlement agreement and will file a Stipulation of Dismissal" that will "encompass all remaining claims in this litigation" (Letter from Robert E. Day, Esq. [D.I. 306], June 30, 2025, p. 1); and it therefore appearing that Defendants' motion and Plaintiffs' letter request are moot in light of the parties' resolution of the claims in this matter; and the Court having decided this matter pursuant to Federal Rule of Civil Procedure 78(b); and for good cause shown:

IT IS on this **1st** day of **July 2025**,

**ORDERED** that Defendants' motion [D.I. 283] for sanctions and Plaintiffs' letter request [D.I. 282] for an extension of time to complete substantial production of electronically stored information shall be, and are hereby, **DISMISSED**.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Edward S. Kiel